

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>MONICA RODRIGUEZ<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:16-CR-00390-UA-23<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __defendant_____, IT IS ORDERED that a detention hearing is set for __June 15_____, __2016____, at __2:00____ ☐a.m. / ☒p.m. before the Honorable __United States Magistrate Judge on criminal bench duty____, in Courtroom __341_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: *June 14, 2016*       *[signature]*
                              U.S. ~~District Judge~~/Magistrate Judge