SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
CAROL A. CHEN (Cal. Bar No. 212720)
Assistant United States Attorney
Deputy Chief, OCDETF Section
JAMIE A. LANG (Cal. Bar. No. 25376)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2428/2562
     Facsimile: (213) 894-0142
     E-mail:    carol.chen@usdoj.gov
                jamie.lang@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-390-VAP |
|---|---|
| Plaintiff, | STIPULATION TO VACATE JUNE 19, 2017 MOTIONS TO SUPPRESS DEADLINE |
| v. | |
| JOSE LOZA et al., | |
| Defendants. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Carol Alexis Chen and Jamie A. Lang, and defendants Jose Loza (#1), by and through his counsel of record, Richard G. Novak, David Gaitan (#2), by and through his counsel of record, Mark Windsor, Leonardo Antolin (#3), by and through his counsel of record, Deputy Federal Public Defenders Cuauhtemoc Ortega and David Wasserman, Sylvia Olivas (#4),

by and through her counsel of record, Stephen G. Frye, Christy Arizmendi Gonzalez (#5), by and through her counsel of record, Brian A. Newman, Jesse Hernandez, Jr. (#7), by and through his counsel of record, Stephanie Ames, Andy Alvarez (#8), by and through his counsel of record, Dominic Cantalupo, Ian Casillas (#9), by and through his counsel of record, Angel Navarro, Alexis Jaimez (#12), by and through his counsel of record, Fredrico McCurry, Brandon Espinoza (#13), by and through his counsel of record, Melissa A. Weinberger, Ronald Sotello (#14), by and through his counsel of record, James Pernell Cooper, III, Peter Orozco (#15), by and through his counsel of record, Manuel U. Araujo, Joseph Viramontes (#16), by and through his counsel of record, Peter C. Swarth, Raul Rubio (#17), by and through his counsel of record, Oliver P. Cleary, Aaron Salinas (#18), by and through his counsel of record, Carlos L. Juarez, Henry Mendoza (#19), by and through his counsel of record, Anthony Eaglin, Rene Pantaleon (#20), by and through his counsel of record, Patrick S. Smith, Denise Contreras (#21), by and through her counsel of record, James R. Tedford, III, Christian Bowers (#22), by and through his counsel of record, Charlotte Elizabeth Carpenter, Monica Rodriguez (#23), by and through her counsel of record, Patrick William McLaughlin, Jaime Villalba (#24), by and through his counsel of record, Humberto Diaz, Steven Jaimez (#25), by and through his counsel of record, Carlos N. Iriarte, Emanuel Higuera (#26), by and through his counsel of record, Joel Andrew Thvedt, Edward Paniagua (#27), by and through his counsel of record, Jerome J. Haig, Rigoberto Contreras, Jr. (#28), by and through his counsel of record, Antonio F. Yoon, Steven De La Paz (#30), by and through

1  his counsel of record, Shaun Khojayan, Derek Vandoren (#31), by and
2  through his counsel of record, John Targowski, Anthony Morales
3  (#32), by and through his counsel of record, Alexander L. Griggs,
4  Fernando Holguin, Sr. (#33), by and through his counsel of record,
5  John D. Robertson, Enrique Holguin (#34), by and through his counsel
6  of record, Andrew S. Cowan, Frank Martinez (#35), by and through his
7  counsel of record, Errol H. Stambler, Angelic Gaitan (#37), by and
8  through her counsel of record, James Blancarte, Michael Jaimez
9  (#38), by and through his counsel of record, Richard W. Raynor,
10 Michael Salinas (#39), by and through his counsel of record, Alan
11 Eisner, Ricky Perez (#40), by and through his counsel of record,
12 David Robert Reed, Juan Nila (#42), by and through his counsel of
13 record, Karen L. Goldstein, Roy Gavaldon, Sr. (#43), by and through
14 his counsel of record, James S. Bisnow, Daniel Gallardo (#44), by
15 and through his counsel of record, Greg Nicolaysen, Juan Pizano
16 (#45), by and through his counsel of record, Mark Allen Chambers,
17 Manuel Alatorre Martinez (#46), by and through his counsel of
18 record, Amy Fan, Derik Gonzalez (#47), by and through his counsel of
19 record, John N. McNicholas, Nicholas Jaimez (#48), by and through
20 his counsel of record, Gerald C. Salseda, Roy Gavaldon, Jr. (#49),
21 by and through his counsel of record, Yolanda Barrera, Gabriel Felix
22 (#50), by and through his counsel of record, Sonia Elizabeth Chahin,
23 and Christina Franco (#51), by and through her counsel of record,
24 Peter Johnson, hereby stipulate as follows:
25     1.   All above-referenced defendants are charged in the
26 indictment with RICO conspiracy, in violation of 18 U.S.C.
27 § 1962(d), and narcotics conspiracy, in violation of 21 U.S.C.
28

§ 846. Various related substantive offenses are also charged. All above-referenced defendants have made initial appearances.

2. A unified trial date has been set for October 31, 2017 for all defendants. In setting the trial date, the Court also set a number of other deadlines, consistent with the parties' proposed order. (CR 886.) Pursuant to those deadlines, on April 10, 2017, defendants filed several motions challenging Title III intercepts, and on May 8, 2017, defendants filed a number of motions regarding joinder and severance, as well as proposed trial groupings. In addition to opposing the motions, the government also submitted proposed trial groupings for the Court's consideration.

3. On June 5, 2017, the Honorable Manuel L. Real, United States District Court Judge, held a hearing on the aforementioned motions and proposed trial groupings. At that hearing (and as reflected in the minutes), after listening to argument from defense counsel and the government, the Court indicated that it likely would be appropriate to continue the current trial date, and ordered the parties to meet and confer regarding how this case should move forward with respect to the trial groupings and trial dates. (CR 1086, Amended Minutes.) The Court took the motions under submission. (Id.)

4. On June 7, 2017, the case was transferred from the docket of the Honorable Manuel L. Real to the Honorable Virginia A. Phillips. (CR 1089, Transfer Order.)

5. Pursuant to the Honorable Manuel L. Real's December 14, 2016 Order Continuing Trial to October 31, 2017, the current deadline for defendants to file motions to suppress any other

evidence is June 19, 2017.  (CR 886.)  In light of the foregoing, by this stipulation, the parties jointly move to vacate the current June 19, 2017 motions to suppress deadline so as to allow the parties time to meet and confer regarding potential new trial date(s), and to meet and confer regarding any such suppression motions in order to potentially obviate the unnecessary expenditure of judicial resources.  With the Honorable Virginia A. Phillips' approval, the parties will propose a new motions to suppress deadline (as well as any other remaining deadlines, consistent with the Honorable Manuel L. Real's December 14, 2016 Order and/or any orders issued by the Honorable Virginia A. Phillips) in any subsequent stipulation to continue trial in this matter, which the parties would seek to file after the Court rules on the pending severance and Title III suppression motions.

IT IS SO STIPULATED AND AGREED.

Dated:  June 9, 2017

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
CAROL ALEXIS CHEN
JAMIE A. LANG
Assistant United States Attorneys
Attorneys for Plaintiff

*/s/ per 6/9/2017 email authorization*          6/9/2017
RICHARD G. NOVAK                                Date
Attorney for Defendant
JOSE LOZA

5

*/s/ per 6/9/2017 email authorization*          6/9/2017
MARK WINDSOR                                    Date
Attorney for Defendant
DAVID GAITAN


*/s/ per 6/9/2017 email authorization*          6/9/2017
CUAUHTEMOC ORTEGA                               Date
DAVID WASSERMAN
Attorneys for Defendant
LEONARDO ANTOLIN


*/s/ per 6/10/2017 email authorization*         6/10/2017
STEPHEN G. FRYE                                 Date
Attorney for Defendant
SYLVIA OLIVAS


*/s/ per 6/9/2017 email authorization*          6/9/2017
BRIAN A. NEWMAN                                 Date
Attorney for Defendant
CHRISTY ARIZMENDI GONZALEZ


*/s/ per 6/10/2017 email authorization*         6/10/2017
STEPHANIE AMES                                  Date
Attorney for Defendant
JESSE HERNANDEZ


*/s/ per 6/12/2017 email authorization*         6/12/2017
DOMINIC CANTALUPO                               Date
Attorney for Defendant
ANDY ALVAREZ

*/s/ per 6/10/2017 email authorization*        6/10/2017
ANGEL NAVARRO                                  Date
Attorney for Defendant
IAN CASILLAS

*/s/ per 6/12/2017 email authorization*        6/12/2017
FREDERICO MCCURRY                              Date
Attorney for Defendant
ALEXIS JAIMEZ

*/s/ per 6/12/2017 email authorization*        6/12/2017
MELISSA A. WEINBERGER                          Date
Attorney for Defendant
BRANDON ESPINOZA

*/s/ per 6/9/2017 email authorization*         6/9/2017
JAMES PERNELL COOPER, III                      Date
Attorney for Defendant
RONALD SOTELLO

*/s/ per 6/12/2017 email authorization*        6/12/2017
MANUEL U. ARAUJO                               Date
Attorney for Defendant
PETER OROZCO

*/s/ per 6/12/2017 email authorization*        6/12/2017
PETER C. SWARTH                                Date
Attorney for Defendant
JOSEPH VIRAMONTES

7

```
/s/ per 6/10/2017 email authorization        6/10/2017
OLIVER P. CLEARY                             Date
Attorney for Defendant
RAUL RUBIO


No objection noted by                        6/13/2017
CARLOS L. JUAREZ                             Date
Attorney for Defendant
AARON SALINAS


/s/ per 6/12/2017 email authorization        6/12/2017
ANTHONY EAGLIN                               Date
Attorney for Defendant
HENRY MENDOZA


/s/ per 6/12/2017 email authorization        6/12/2017
PATRICK S. SMITH                             Date
Attorney for Defendant
RENE PANTALEON


/s/ per 6/9/2017 email authorization         6/9/2017
JAMES R. TEDFORD, II                         Date
Attorney for Defendant
DENISE CONTRERAS


No objection noted by                        6/13/2017
CHARLOTTE ELIZABETH CARPENTER                Date
Attorney for Defendant
CHRISTIAN BOWERS


/s/ per 6/9/2017 email authorization         6/9/2017
PATRICK WILLIAM MCLAUGHLIN                   Date
Attorney for Defendant
MONICA RODRIGUEZ
```

8

```
No objection noted by                         6/13/2017
HUMBERTO DIAZ                                 Date
Attorney for Defendant
JAIME VILLALBA



/s/ per 6/9/2017 email authorization          6/9/2017
CARLOS N. IRIARTE                             Date
Attorney for Defendant
STEVEN JAIMEZ



/s/ per 6/9/2017 email authorization          6/9/2017
JOEL ANDREW THVEDT                            Date
Attorney for Defendant
EMANUEL HIGUERA



/s/ per 6/9/2017 email authorization          6/9/2017
JEROME J. HAIG                                Date
Attorney for Defendant
EDWARD PANIAGUA



/s/ per 6/9/2017 email authorization          6/9/2017
ANTONIO F. YOON                               Date
Attorney for Defendant
RIGOBERTO CONTRERAS, JR.
```

| | |
|---|---|
| */s/ per 6/9/2017 email authorization* | 6/9/2017 |
| SHAUN KHOJAYAN | Date |
| Attorney for Defendant | |
| STEVEN DE LA PAZ | |

| | |
|---|---|
| */s/ per 6/9/2017 email authorization* | 6/9/2017 |
| JOHN TARGOWSKI | Date |
| Attorney for Defendant | |
| DEREK VANDOREN | |

| | |
|---|---|
| *No objection noted by* | 6/13/2017 |
| ALEXANDER L. GRIGGS | Date |
| Attorney for Defendant | |
| ANTHONY MORALES | |

| | |
|---|---|
| */s/ per 6/12/2017 email authorization* | 6/12/2017 |
| JOHN D. ROBERTSON | Date |
| Attorney for Defendant | |
| FERNANDO HOLGUIN, SR. | |

| | |
|---|---|
| */s/ per 6/12/2017 email authorization* | 6/12/2017 |
| ANDREW S. COWAN | Date |
| Attorney for Defendant | |
| ENRIQUE HOLGUIN | |

| | |
|---|---|
| */s/ per 6/9/2017 email authorization* | 6/9/2017 |
| ERROL H. STAMBLER | Date |
| Attorney for Defendant | |
| FRANK MARTINEZ | |

```
/s/ per 6/12/2017 email authorization        6/12/2017
JAMES BLANCARTE                              Date
Attorney for Defendant
ANGELIC GAITAN


/s/ per 6/9/2017 email authorization         6/9/2017
RICHARD W. RAYNOR                            Date
Attorney for Defendant
MICHAEL JAIMEZ


/s/ per 6/9/2017 email authorization         6/9/2017
ALAN EISNER                                  Date
Attorney for Defendant
MICHAEL SALINAS


/s/ per 6/12/2017 email authorization        6/12/2017
DAVID ROBERT REED                            Date
Attorney for Defendant
RICKY PEREZ


/s/ per 6/9/2017 email authorization         6/9/2017
KAREN L. GOLDSTEIN                           Date
Attorney for Defendant
JUAN NILA


/s/ per 6/12/2017 email authorization        6/12/2017
JAMES S. BISNOW                              Date
Attorney for Defendant
ROY GAVALDON, SR.
```

11

*/s/ per 6/9/2017 email authorization*      6/9/2017
GREGORY NICOLAYSEN                          Date
Attorney for Defendant
DANIEL GALLARDO


*/s/ per 6/9/2017 email authorization*      6/9/2017
MARK ALLEN CHAMBERS                         Date
Attorney for Defendant
JUAN PIZANO


*/s/ per 6/9/2017 email authorization*      6/9/2017
AMY FAN                                     Date
Attorney for Defendant
MANUEL ALATORRE MARTINEZ


*/s/ per 6/9/2017 email authorization*      6/9/2017
JOHN N. MCNICHOLAS                          Date
Attorney for Defendant
DERIK GONZALEZ


*/s/ per 6/9/2017 email authorization*      6/9/2017
GERALD C. SALSEDA                           Date
Attorney for Defendant
NICHOLAS JAIMEZ


*/s/ per 6/9/2017 email authorization*      6/9/2017
YOLANDA BARRERA                             Date
Attorney for Defendant
ROY GAVALDON, JR.

12

| | |
|---|---|
| */s/ per 6/12/2017 email authorization* | 6/12/2017 |
| SONIA ELIZABETH CHAHIN | Date |
| Attorney for Defendant | |
| GABRIEL FELIX | |

| | |
|---|---|
| */s/ per 6/9/2017 email authorization* | 6/9/2017 |
| PETER JOHNSON | Date |
| Attorney for Defendant | |
| CHRISTINA FRANCO | |